UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| SETH PATRICK ROSS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:14-cv-60-SKL |
| | ) | |
| FRANK KOPOCS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is "Plaintiffs' Notice of Need for a *Daubert* Hearing" regarding the admissibility of the expert testimony of one of Defendants' experts, Gary L. Holbrook, which was docketed as a motion [Doc. 105].

The admissibility of any expert's testimony will be determined under Fed. R. Evid. 702 and the standards established by the Supreme Court in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) and its progeny. It appears this case involves a challenge to the admissibility of some or all of the testimony of at least one expert. Accordingly, all parties **SHALL** file any motion challenging the admissibility of expert testimony, with supporting memorandum and the expert report at issue, no later than **April 14, 2015.** To the extent Plaintiffs disclose any rebuttal experts as provided in the Court's March 26, 2015 Order [Doc. 102], any motion challenging the admissibility of said rebuttal expert testimony **SHALL** be due no later than **21 days** from the disclosure. The Court will set a hearing on any such motions, if deemed necessary, in due course.

The Clerk is **DIRECTED** to term the notice/motion [Doc. 105].

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE